IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CASE NO. 4:07CR71 |
| | § | |
| KENNETH CLIFFORD CROWTHER | § | |

**MEMORANDUM ADOPTING REPORT AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the above-referenced criminal action, this court having heretofore referred the request for modification of Defendant's supervised release to the United States Magistrate Judge for proper consideration. The court has received the report of the United States Magistrate Judge pursuant to its order. Defendant having waived allocution before this court as well as his right to object to the report of the Magistrate Judge, the court is of the opinion that the findings and conclusions of the Magistrate Judge are correct.

It is, therefore, **ORDERED** that the Magistrate Judge's Report is **ADOPTED** as the opinion of the court. It is further **ORDERED** that Defendant's supervised release is hereby **REVOKED**. It is further **ORDERED** that Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of twenty-one (21) months, to be served consecutively with any state court sentence, with no supervised release to follow.

Defendant is further ordered to pay restitution joint and several with co-defendants Mark Frank Christiansen, Thomas Randall McDonald, and Barbara Lynn Wilks in the amount of $70,801.52 payable to the U.S. District Clerk. The restitution is due immediately, payable by cashier's check or money order, to the United States District Court and forwarded to the United States District Clerk's Office for the Northern District of Texas, 100 Commerce, Room 1452, Dallas,

1

Texas 75242.

The court further recommends that Defendant's term of imprisonment be carried out in Fort Worth's Carswell medical facilities in light of his current medical condition.

**IT IS SO ORDERED.**

**SIGNED this the 17th day of August, 2009.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE